

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2022

No. 04-22-00355-CV

**SSC WIMBERLEY OPERATING COMPANY, LLC**, Randall Morris, Bozena Mrozek,
Calvin Boutte, SavaSeniorCare Administrative and Consulting, LLC, and SSC Equity Holdings
MT, LLC,
Appellants

v.

Shellie **GOODMAN,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI17165
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On August 30, 2022, we stayed all appellate deadlines in this case pending mediation. The parties have notified this court the mediation was unsuccessful and have jointly requested that we lift the stay. Appellee further requests the court to impose a deadline for her brief due no earlier than October 14, 2022.

The stay is **lifted**, and this appeal is **reinstated**. We **order** appellee to file her brief, if any, no later than **October 14, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court